# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
                     Appellant,

vs.

THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; CHARLES DANIELS;
TIM GARRETT; AND CARTER
POTTER,
                     Respondents.

No. 82800

**FILED**

APR 29 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for default and granting a motion for an extension of time. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

No statute or court rule authorizes an appeal from a district court order denying a motion for default and granting a motion for an extension of time. *See* NRAP 3A(b) (listing appealable determinations); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc: Hon. David M. Jones, District Judge
Bryan Phillip Bonham
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A